**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ERIC TOUPS** | **CIVIL ACTION NO. 05-0968** |
| -vs- | |
| **TIM WILKINSON, ET AL.** | **JUDGE LITTLE** |

### JUDGMENT

Before the court is a report and recommendation of the magistrate suggesting that the motion for a preliminary injunction brought by *pro se* plaintiff Eric Toups ("Toups") be denied. Toups timely filed objections to the magistrate's report on 19 September 2005.[1] After full record review, this court adopts the reasoning and conclusions of the magistrate. Accordingly, Toups's motion is DENIED.

Alexandria, Louisiana

20 October 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).