**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

**ERIC TOUPS**

**-vs-**

**TIM WILKINSON, ET AL.**

**CIVIL ACTION NO. 05-0968**

**JUDGE LITTLE**

## JUDGMENT

Before the court is a report and recommendation of the magistrate suggesting that the complaint filed by *pro se* plaintiff Eric Toups ("Toups") be dismissed without prejudice for failure to exhaust administrative remedies. Toups has filed a timely objection to the magistrate's report.[1]

After full record review, this court adopts the reasoning and conclusions of the magistrate. Accordingly, Toups' complaint is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

Alexandria, Louisiana

24 April 2006

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000).